SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CABN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Fax: (415) 436-7234
    erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0538 SI |
| ) | |
|     Plaintiff, ) | |
| ) | **MOTION AND [PROPOSED] ORDER** |
|   v. ) | **TO DISMISS INDICTMENT** |
| ) | |
| OMAR DAVILA-RIVAS, ) | |
|     a/k/a Omar Davila-Ramos, ) | |
| ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Indictment without prejudice and vacate the briefing schedule set by the Court for defendant's motion for dismissal, as well as the next appearance date of November 2, 2007, at 10:00 a.m.

                                Respectfully submitted,

                                SCOTT N. SCHOOLS
                                United States Attorney

      October 1, 2007                    /s/
DATED: _____      _____
                                       ERIKA R. FRICK
                                       Assistant United States Attorney

//

NOTICE OF DISMISSAL
CR 07-0538 SI

|  |  |
|---|---|
| 1 | The Court hereby grants leave to dismiss the above Indictment without prejudice and |
| 2 | vacates the briefing schedule for the motion to dismiss.  The Court also vacates the next |
| 3 | appearance date of November 2, 2007, at 10:00 a.m. . |

DATED: _____

SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
CR 07-0538 SI